# Supreme Court of Kentucky

2022-SC-0185-MR

RUBEN JOHNSON, IV                                                            APPELLANT


ON APPEAL FROM JEFFERSON CIRCUIT COURT
V.                    HONORABLE MARY M. SHAW, JUDGE
NO. 21-CR-000724


COMMONWEALTH OF KENTUCKY                                      APPELLEE


## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the Court, rendered December 14, 2023, is DENIED.

All sitting. All concur.

ENTERED: April 18, 2024.

_____
CHIEF JUSTICE